UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:  
WILLIAM DAVID HAYNES  
DANIELLE MARIE HAYNES  
7908 LIGON MILL ROAD  
WAKE FOREST, NC 27587

CASE NO: 10-01483-8-SWH  
CHAPTER 13

### TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

The undersigned Chapter 13 Trustee hereby objects to confirmation of the proposed plan and moves the Court to dismiss the above-referenced case for the reason(s) set forth below:

The Plan is not feasible in that the Secured and/or Priority creditors are not paid in full.

The Debtors have not provided bank statements to the Trustee.

**The Debtors are hereby notified** that unless a written response and request for hearing (if a hearing is desired) is filed with the Court within **twenty-one (21) days** of this Motion, the Court may summarily dismiss this case without further notice.

DATED: May 20, 2010

/s/*John F. Logan*  
JOHN F. LOGAN  
CHAPTER 13 TRUSTEE

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing Trustee'e Objection To Confirmation And Motion To Dismiss was served on the Debtors and the Attorney for the Debtors at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party by electronic transmission, pursuant to Local Rule 5005-4(9)(b).

DATED:  May 20, 2010

                                                                                       */s/Rebecca Early*  
                                                                                        Case Adminstrator

**COPIES FURNISHED TO:**  
DEBTORS  
ATTORNEY FOR DEBTORS