IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

In re:

**William David Haynes**
**Danielle Marie Haynes**

Soc.Sec.No.: xxx-xx-3748 and xxx-xx-3523
Mailing address: 7908 Ligon Mill Road, Wake Forest,
NC  27587-0000

Case No.  10-01483-8-SWH
Chapter   13

Debtors.

### OPPOSITION TO OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

**NOW COME the DEBTORS**, by and through counsel undersigned, who hereby oppose the
Objection to Confirmation and Motion to Dismiss, dated 5/20/10, filed by the Chapter 13 Trustee
.

The undersigned either has been unable to effect any contact with the Debtors for the purpose of
formulating a response to the issues raised in the Trustee's Objection to Confirmation and
Motion to Dismiss, or has ascertained the Debtors' intention to oppose the Objection and Motion,
but has been unable to effect contact with them sufficient to formulate a specific response.

For the time being, therefore, in order to protect the Debtors' right to a proper hearing of the
matter, the undersigned files this Opposition.

**WHEREFORE**, the Debtors pray that the Court deny the Trustee's Objection to Confirmation
and Motion to Dismiss; and that it set this matter for hearing; and that it grant such other and
further relief which it deems just, proper and equitable.

Dated: June 14, 2010.

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt

John T. Orcutt, Attorney
N.C. State Bar No.: 10212
6616-203 Six Forks Road
Raleigh, NC 27615
Tel. No.: (919) 847-9750

## CERTIFICATE OF SERVICE

I, Gabrielle Morrison, of the Law Offices of John T. Orcutt, P.C., do hereby certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on June 14, 2010, I served copies of the foregoing Opposition to Motion to Dismiss, by <u>automatic electronic noticing</u> upon the following Trustee:

John F. Logan
Chapter 13 Trustee


by <u>regular U.S. mail</u>, upon the Debtors at the following address:

William David Haynes
Danielle Marie Haynes
7908 Ligon Mill Road
Wake Forest, NC   27587-0000


/s Gabrielle Morrison
Gabrielle Morrison

mtdoppos.wpt (rev. 6/30/05)